# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-05-00843-CR

**Christopher Daniel Guerra, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 3 OF WILLIAMSON COUNTY
### NO. 05-4787-3, HONORABLE DONALD HIGGINBOTHAM, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

On December 30, 2005, after notice of appeal was filed, the trial court granted appellant Christopher Daniel Guerra's motion for new trial. The appeal is dismissed.

_____

Jan P. Patterson, Justice

Before Justices B. A. Smith, Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed: January 26, 2006

Do Not Publish